■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LANCE LANE, Appellant. [688 NYS2d 900] —Appeal by the defendant from a judgment of the County Court, Dutchess County (Dolan, J.), rendered May 19, 1998, convicting him of manslaughter in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Thompson, Goldstein and McGinity, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK MITCHELL, Appellant. [689 NYS2d 399] —Appeal by the defendant from a judgment of the County Court, Nassau County (Mackston, J.), rendered August 1, 1995, convicting him of manslaughter in the first degree, attempted manslaughter in the first degree (two counts), and assault in the first degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's assertions on appeal, the court providently exercised its discretion and did not order a second competency examination pursuant to CPL 730.30 (1) before imposing sentence (*see, People v Morgan,* 87 NY2d 878; *People v Gelikkaya,* 84 NY2d 456; *People v Armlin,* 37 NY2d 167; *People v Smyth,* 3 NY2d 184).

The defendant's remaining contention is without merit. S. Miller, J. P., Ritter, Altman and H. Miller, JJ., concur.